UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PADILLA et al.,

        Plaintiffs,

  -against-

701 W. 135TH CAFE INC. et al.,

        Defendants.

No. 17-CV-437-LTS

ORDER

  The attorneys for the parties have advised the Court that this action has been or will be settled. Accordingly, it is hereby ORDERED that the parties shall file a motion for approval of the settlement, accompanied by evidence in the form of one or more affidavits demonstrating that the settlement is fair and reasonable and requesting approval of the same, within 45 days from the date of this Order.

  SO ORDERED.

  Dated: New York, New York
     February 9, 2018

             /s/ Laura Taylor Swain
            LAURA TAYLOR SWAIN
            United States District Judge