For Settlement Purposes Only
Covo Trattoria

| Plaintiff | Pay Period | | | | Minimum Wage | | | Paid Wages | | | Unpaid Wages & OT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | Weeks | Hours Per Week | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Regular Hourly Pay Rate | Hourly OT Pay Rate | Underpayment Per Week | Total Unpaid Wages & OT | Liq. Damages on Wages & OT |
| **David Padilla** | 6/1/2015 | 12/23/2015 | 29 | 35 | $ 8.75 | $ 13.13 | $ 306.25 | $ - | $ - | $ - | $ 306.25 | $ 8,881.25 | $ 2,220.31 |
| | | | | | | | | | | | $ 306.25 | $ 8,881.25 | $ 2,220.31 |
| | | | | | | | | | | | | | |
| **Joanny Garcia** | 12/31/2014 | 6/15/2015 | 24 | 45 | $ 8.75 | $ 13.13 | $ 415.63 | $ 12.00 | $ 0.30 | $ 0.45 | $ 403.63 | $ 9,687.00 | $ 9,687.00 |
| | 6/16/2015 | 9/15/2015 | 13 | 52.5 | $ 8.75 | $ 13.13 | $ 514.06 | $ 12.00 | $ 0.30 | $ 0.45 | $ 502.06 | $ 6,526.81 | $ 6,526.81 |
| | 9/16/2015 | 12/19/2015 | 13 | 43.75 | $ 8.75 | $ 13.13 | $ 399.22 | $ 12.00 | $ 0.30 | $ 0.45 | $ 387.22 | $ 5,033.84 | $ 5,033.84 |
| | | | | | | | | | | | $ 1,292.91 | $ 21,247.66 | $ 21,247.66 |
| | | | | | | | | | | | | | |
| **Jose Lopez Tavarez** | 1/22/2011 | 4/8/2011 | 11 | 51.5 | $ 7.25 | $ 10.88 | $ 415.06 | $ - | $ - | $ - | $ 415.06 | $ 4,565.69 | $ 1,141.42 |
| | 4/9/2011 | 12/30/2013 | 142 | 51.5 | $ 7.25 | $ 10.88 | $ 415.06 | $ - | $ - | $ - | $ 415.06 | $ 58,938.88 | $ 58,938.88 |
| | 12/31/2013 | 12/30/2014 | 52 | 51.5 | $ 8.00 | $ 12.00 | $ 458.00 | $ - | $ - | $ - | $ 458.00 | $ 23,816.00 | $ 23,816.00 |
| | 12/31/2014 | 11/15/2015 | 46 | 51.5 | $ 8.75 | $ 13.13 | $ 500.94 | $ - | $ - | $ - | $ 500.94 | $ 23,043.13 | $ 23,043.13 |
| | 11/16/2015 | 12/22/2015 | 5 | 39.5 | $ 8.75 | $ 13.13 | $ 345.63 | $ - | $ - | $ - | $ 345.63 | $ 1,728.13 | $ 1,728.13 |
| | | | | | | | | | | | $ 2,134.69 | $ 112,091.81 | $ 112,091.81 |
| | | | | | | | | | | | | | |
| **Ruben Dario Sanchez Jimenez** | 6/1/2013 | 12/30/2013 | 30 | 57 | $ 7.25 | $ 10.88 | $ 474.88 | $ 12.00 | $ 0.30 | $ 0.45 | $ 462.88 | $ 13,886.25 | $ 13,886.25 |
| | 12/31/2013 | 12/30/2014 | 52 | 57 | $ 8.00 | $ 12.00 | $ 524.00 | $ 12.00 | $ 0.30 | $ 0.45 | $ 512.00 | $ 26,624.00 | $ 26,624.00 |
| | 12/31/2014 | 4/15/2015 | 15 | 57 | $ 8.75 | $ 13.13 | $ 573.13 | $ 12.00 | $ 0.30 | $ 0.45 | $ 561.13 | $ 8,416.88 | $ 8,416.88 |
| | 4/16/2015 | 12/23/2015 | 36 | 55.5 | $ 8.75 | $ 13.13 | $ 553.44 | $ 12.00 | $ 0.30 | $ 0.45 | $ 541.44 | $ 19,491.75 | $ 19,491.75 |
| | | | | | | | | | | | $ 2,077.44 | $ 68,418.88 | $ 68,418.88 |
| | | | | | | | | | | | | | |
| **Vladimir Estrella Polanco** | 1/22/2011 | 4/8/2011 | 11 | 34.5 | $ 7.25 | $ 10.88 | $ 250.13 | $ 100.00 | $ 2.50 | $ 3.75 | $ 150.13 | $ 1,651.38 | $ 412.84 |
| | 4/9/2011 | 12/30/2013 | 142 | 34.5 | $ 7.25 | $ 10.88 | $ 250.13 | $ 100.00 | $ 2.50 | $ 3.75 | $ 150.13 | $ 21,317.75 | $ 21,317.75 |
| | 12/31/2013 | 12/30/2014 | 52 | 34.5 | $ 8.00 | $ 12.00 | $ 276.00 | $ 100.00 | $ 2.50 | $ 3.75 | $ 176.00 | $ 9,152.00 | $ 9,152.00 |
| | 12/31/2014 | 12/23/2015 | 51 | 34.5 | $ 8.75 | $ 13.13 | $ 301.88 | $ 100.00 | $ 2.50 | $ 3.75 | $ 201.88 | $ 10,295.63 | $ 10,295.63 |
| | | | | | | | | | | | $ 678.13 | $ 42,416.75 | $ 41,178.22 |
| | | | | | | | | | | | | | |
| **TOTAL DAMAGES** | | | | | | | | | | | | $ 253,056.34 | $ 245,156.88 |

| | | | | |
|---|---|---|---|---|
| NYLL - SOL | 1/22/2011 | | | |
| NYLL Amendment Date | 4/9/2011 | | 1 | This chart is based upon preliminary information and the expected testimony of Plaintiffs. |
| FLSA - SOL | 1/21/2014 | | 2 | Plaintiffs reserve the right to correct or amend this chart. |
| Filing Date | 1/20/2017 | | 3 | This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA a |
| Today's Date | 3/26/2018 | | | |

For Settlement Purposes Only
Covo Trattoria

| Plaintiff | Pay Period | | SOH Days per Week | Spread of Hours | | Pre-Judgment Interest | | Other Claims | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | | Unpaid SOH Pay | Liq. Damages on Unpaid SOH Pay | PJI on Wages | PJI on SOH | Wage Notice | Wage Statement | Tools of the Trade | |
| **David Padilla** | 6/1/2015 | 12/23/2015 | 0 | $ - | $ - | $ 2,029.95 | $ - | $ 5,000.00 | $ 5,000.00 | $ - | $ 23,131.51 |
| | | | | $ - | $ - | $ 2,029.95 | $ - | $ 5,000.00 | $ 5,000.00 | $ - | $ 23,131.51 |
| | | | | | | | | | | | |
| **Joanny Garcia** | 12/31/2014 | 6/15/2015 | 0 | $ - | $ - | $ 2,623.76 | $ - | $ 5,000.00 | $ 5,000.00 | $ - | $ 31,997.76 |
| | 6/16/2015 | 9/15/2015 | 0 | $ - | $ - | $ 1,559.40 | $ - | $ - | $ - | $ - | $ 14,613.02 |
| | 9/16/2015 | 12/19/2015 | 0 | $ - | $ - | $ 1,086.64 | $ - | $ - | $ - | $ - | $ 11,154.33 |
| | | | | $ - | $ - | $ 5,269.80 | $ - | $ 5,000.00 | $ 5,000.00 | $ - | $ 57,765.11 |
| | | | | | | | | | | | |
| **Jose Lopez Tavarez** | 1/22/2011 | 4/8/2011 | 0 | $ - | $ - | $ 2,907.30 | $ - | $ 5,000.00 | $ 5,000.00 | $ 270.00 | $ 18,614.41 |
| | 4/9/2011 | 12/30/2013 | 0 | $ - | $ - | $ 29,726.44 | $ - | $ - | $ - | $ - | $ 147,604.19 |
| | 12/31/2013 | 12/30/2014 | 0 | $ - | $ - | $ 8,012.72 | $ - | $ - | $ - | $ - | $ 55,644.72 |
| | 12/31/2014 | 11/15/2015 | 0 | $ - | $ - | $ 5,806.65 | $ - | $ - | $ - | $ - | $ 51,892.90 |
| | 11/16/2015 | 12/22/2015 | 0 | $ - | $ - | $ 359.41 | $ - | $ - | $ - | $ - | $ 3,815.66 |
| | | | | $ - | $ - | $ 46,812.52 | $ - | $ 5,000.00 | $ 5,000.00 | $ 270.00 | $ 277,571.88 |
| | | | | | | | | | | | |
| **Ruben Dario Sanchez Jimenez** | 6/1/2013 | 12/30/2013 | 1 | $ 217.50 | $ 217.50 | $ 5,661.46 | $ 88.68 | $ 5,000.00 | $ 5,000.00 | $ 120.00 | $ 43,958.64 |
| | 12/31/2013 | 12/30/2014 | 1 | $ 416.00 | $ 416.00 | $ 8,957.45 | $ 139.96 | $ - | $ - | $ - | $ 63,178.41 |
| | 12/31/2014 | 4/15/2015 | 1 | $ 131.25 | $ 131.25 | $ 2,343.04 | $ 36.54 | $ - | $ - | $ - | $ 19,476.83 |
| | 4/16/2015 | 12/23/2015 | 1 | $ 315.00 | $ 315.00 | $ 4,565.69 | $ 73.78 | $ - | $ - | $ - | $ 44,253.98 |
| | | | | $ 1,079.75 | $ 1,079.75 | $ 21,527.65 | $ 338.96 | $ 5,000.00 | $ 5,000.00 | $ 120.00 | $ 170,867.85 |
| | | | | | | | | | | | |
| **Vladimir Estrella Polanco** | 1/22/2011 | 4/8/2011 | 0 | $ - | $ - | $ 1,051.55 | $ - | $ 5,000.00 | $ 5,000.00 | $ - | $ 13,115.77 |
| | 4/9/2011 | 12/30/2013 | 0 | $ - | $ - | $ 10,751.83 | $ - | $ - | $ - | $ - | $ 53,387.33 |
| | 12/31/2013 | 12/30/2014 | 0 | $ - | $ - | $ 3,079.12 | $ - | $ - | $ - | $ - | $ 21,383.12 |
| | 12/31/2014 | 12/23/2015 | 0 | $ - | $ - | $ 2,546.17 | $ - | $ - | $ - | $ - | $ 23,137.42 |
| | | | | $ - | $ - | $ 17,428.67 | $ - | $ 5,000.00 | $ 5,000.00 | $ - | $ 111,023.64 |
| | | | | | | | | | | | |
| **TOTAL DAMAGES** | | | | $ 1,079.75 | $ 1,079.75 | $ 93,068.58 | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 390.00 | $ 640,359.99 |
| | | | | | | | | | | | |
| NYLL - SOL | 1/22/2011 | | | | | | | | | | |
| NYLL Amendment Date | 4/9/2011 | | | | | | | | | | |
| FLSA - SOL | 1/21/2014 | | | | | | | | | | |
| Filing Date | 1/20/2017 | | nd NYLL. | | | | | | | | |
| Today's Date | 3/26/2018 | | | | | | | | | | |